UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| Deana Farley,<br><br>    Plaintiff–Appellee,<br><br>v.<br><br>Lincoln Benefit Life Company,<br><br>    Defendant–Appellant. | No. 23-16224 |

**PLAINTIFF-APPELLEE'S MOTION FOR**

**EXTENSION OF TIME TO FILE SUPPLEMENTAL LETTER BRIEFS**

Plaintiff-Appellee ("Appellee") respectfully submits this motion, through undersigned counsel, pursuant to Federal Rule of Appellate Procedure 26(b) and 9th Circuit Rule 31–2.2(b). Specifically, Appellee moves this Court for a three-day extension from January 3, 2025, to January 6, 2025, for both parties to file the supplemental letter briefs requested in this Court's December 16, 2024 order, for the reasons set forth in the attached declaration of counsel.

Dated: December 23, 2024

    Respectfully submitted,
SINGLETON SCHREIBER, LLP

*s/ Benjamin I. Siminou*
Benjamin I. Siminou, Esq.
Jonna D. Lothyan, Esq.
591 Camino de la Reina, Ste 1025
San Diego, CA 92108
(619) 550-3579

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| Deana Farley,<br><br>    Plaintiff–Appellee,<br><br>v.<br><br>Lincoln Benefit Life Company,<br><br>    Defendant–Appellant. | No. 23-16224 |

## DECLARATION OF COUNSEL IN SUPPORT OF PLAINTIFF-APPELLEE'S MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL LETTER BRIEFS

I, Benjamin I. Siminou, declare:

1.  I am an attorney licensed to practice law in California and in the United States Court of Appeals for the Ninth Circuit. I represent the Plaintiff-Appellee Deana Farley ("Appellee") in this appeal.

2.  On December 16, 2024, this Court issued an order requesting the parties file simultaneous supplemental letter briefs no later than January 3, 2025, addressing the recent decision in *Small v. Allianz Life Insurance Company of North America*, No. 23-55821 (9th Cir. Dec. 10, 2024).

3.  In another related matter, *Moriarty v. American General Life Insurance Company*, No. 23-3650, this Court issued an order requesting the parties file

simultaneous supplemental letter briefs addressing the *Small* opinion by January 6, 2024.

4. On behalf of the Appellee, I am requesting a three-day extension of from January 3, 2025, to January 6, 2025, for both parties to file their simultaneous supplemental letter briefs in this case for two reasons.

5. First, since yesterday, December 22, 2024, I am on a preplanned trip to Utah and Colorado for the holidays with my family until January 1, 2025.

6. Second, I anticipate the supplemental letter briefs in this case and *Moriarty* will be very similar since the Court requested both letter briefs to address the same issue. Thus, Appellee requests both letter briefs be due the same day, January 6, 2025, to ensure the simultaneous exchange of supplemental letters briefs in both cases by all parties.

7. I contacted Mark D. Taticchi, counsel for Defendant-Appellant Lincoln Benefit Life Company, about this motion. Mr. Taticchi indicated Appellant takes no position on this motion.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on December 23, 2024, in Springdale, Utah.

*s/ Benjamin I. Siminou*
Benjamin I. Siminou
Declarant